IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01637-RPM

THE TRUSTEES OF RELIGIOUS & CHARITABLE RISK POOLING TRUST OF THE BROTHERS OF CHRISTIAN SCHOOLS & AFFILIATES, in their representative capacity, as subrogees of J.K. MULLEN HIGH SCHOOL,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
LAGUNA CONSTRUCTION COMPANY, INC. and
LANDMARK ENGINEERING, LTD.,

    Defendants.

---

ORDER SETTING SCHEDULING CONFERENCE

---

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **December 20, 2007, at 11:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions.  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on December 13, 2007.**

1

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

Dated: October 26th, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge