IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01637-RPM

THE TRUSTEES OF RELIGIOUS & CHARITABLE RISK POOLING TRUST OF THE BROTHERS OF CHRISTIAN SCHOOLS & AFFILIATES, in their representative capacity, as subrogees of J.K. MULLEN HIGH SCHOOL,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
LAGUNA CONSTRUCTION COMPANY, INC. and
LANDMARK ENGINEERING, LTD.,

    Defendants.

## ORDER DENYING MOTIONS

On October 1, 2007, the plaintiff filed a motion to strike Laguna Construction Company, Inc.'s designation of non-party at fault. On October 5, 2007, the United States filed a motion to dismiss the second and third claims of the plaintiff's complaint. After review of the pleadings filed in this case, the Court concludes that the motion to strike the designation of non-party at fault is premature and the merits of the contention will be addressed at a later stage of this litigation. The government's motion to strike the second and third claims for relief is denied to the extent that the motion depends upon the failure to exhaust administrative remedies. The question of the theories of liability upon which recovery can be obtained against the government under the Federal Tort Claims Act is a matter to be determined in the course of this litigation. Accordingly, it is

ORDERED that the described motions are denied.

Dated: October 26th, 2007

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____
                                          Richard P. Matsch, Senior District Judge