IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01637-RPM

THE TRUSTEES OF RELIGIOUS & CHARITABLE RISK POOLING TRUST OF THE
BROTHERS OF CHRISTIAN SCHOOLS & AFFILIATES, in their representative
capacity, as subrogees of J.K. MULLEN HIGH SCHOOL,

      Plaintiff,

v.

UNITED STATES OF AMERICA,
LAGUNA CONSTRUCTION COMPANY, INC. and
LANDMARK ENGINEERING, LTD.,

      Defendants.

---

ORDER

---

      Upon consideration of Plaintiffs' Motion for Leave to File Certificate of Review

Out of Time [27] filed on November 15, 2007, it is

      ORDERED that the motion is granted and the Certificate of Review attached

thereto is deemed filed.

      Dated: November 16th, 2007

                                 BY THE COURT:

                                 s/Richard P. Matsch

                                 _____

                                 Richard P. Matsch, Senior District Judge