IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01637-RPM-BNB

THE TRUSTEES OF THE RELIGIOUS & CHARITABLE RISK POOLING TRUST OF THE BROTHERS OF THE CHRISTIAN SCHOOLS & AFFILIATES, in their representative capacity, as subrogees of J.K. MULLEN HIGH SCHOOL,

Plaintiff,

v.

UNITED STATES OF AMERICA,
LAGUNA CONSTRUCTION COMPANY, INC., and
LANDMARK ENGINEERING, LTD.,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Joint Motion to Allow Certain Representatives to Appear by Telephone** [docket no. 39, filed January 23, 2008] (the "Motion").

     IT IS ORDERED that the Motion is DENIED. All parties with full authority must be present in person per my previous order.


DATED:  January 23, 2008