**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01637-RPM-BNB

THE TRUSTEES OF THE RELIGIOUS & CHARITABLE RISK POOLING TRUST OF THE
BROTHERS OF THE CHRISTIAN SCHOOLS & AFFILIATES, in their representative capacity, as
subrogees of J.K. MULLEN HIGH SCHOOL,

       Plaintiff,

v.

UNITED STATES OF AMERICA,
LAGUNA CONSTRUCTION COMPANY, INC., and
LANDMARK ENGINEERING, LTD.,

       Defendants.
_____

ORDER OF DISMISSAL
_____

       Pursuant to the Stipulated Motion to Dismiss filed by the parties, it is accordingly

       ORDERED, ADJUDGED and DECREED that all claims against the Defendants

are dismissed with prejudice with each party to pay its own costs and attorneys' fees.

       DATED this 21st day of May, 2008.

              BY THE COURT:

              s/Richard P. Matsch
              _____

              Richard P. Matsch, Senior Judge